**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MUATASEM DREBI,<br><br>      Plaintiff,<br><br>   -v-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and MISSION LANE TAB BANK,<br><br>      Defendants. | Case No.:  8:25-cv-00734-JWH-ADS<br><br>**DISMISSAL ORDER** |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** as follows:

1. Pursuant to the parties' December 3, 2025, Stipulation of Dismissal with Prejudice, all claims asserted against Defendant MISSION LANE TAB BANK only, in Civil Action No. 8:25-cv-00734-JWH-ADS, are **DISMISSED with prejudice**.

2. The parties shall bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED.**

This 4th day of December 2025.

Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE