JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| MUATASEM DREBI, | Civil Case Number: 8:25-cv-00734-JWH-ADS |
|---|---|
| Plaintiff, | |
| -v- | **DISMISSAL ORDER** |
| EXPERIAN INFORMATION SOLUTIONS, INC., and MISSION LANE TAB BANK, | |
| Defendants. | |

Pursuant to the parties' December 5, 2025, Stipulation of Dismissal with Prejudice, and in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** as follows:

1. All claims asserted against the remaining Defendant EXPERIAN INFORMATION SOLUTIONS, INC. are **DISMISSED with prejudice**.

2. The parties shall bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED.**

Dated: December 8, 2025

Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE